# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-1046

_____

Fineola Ingram; Justin Simmons; Brian Boykin

*Plaintiffs - Appellants*

v.

Cole County; Sheriff Greg White; John Wheeler

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: October 17, 2017
Filed: July 30, 2018
[Unpublished]

_____

Before SMITH, Chief Judge, WOLLMAN, LOKEN, MURPHY, COLLOTON, GRUENDER, BENTON, SHEPHERD, and KELLY, Circuit Judges, En Banc.[1]

_____

PER CURIAM.

_____

[1]Judge Murphy died on May 16, 2018, and thus did not participate in the final vote.

The district court's judgment dismissing claims against defendants Wheeler and White is affirmed, with four judges concluding that the complaint fails to state a claim and four judges concluding that the defendants are entitled to qualified immunity. The district court's judgment dismissing claims against Cole County is affirmed by an equally divided court.

_____